UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
JOHN EDWARD BARKER,,

                Plaintiff,          21 **CIVIL** 0869 (KPF)

    -against-                        **JUDGMENT**

THE BANCORP, INC.,

                Defendant.
-----------------------------------------------------------X
ALEXANDER JOHN KAMAI,

                Plaintiff,          21 CIVIL 0896(KPF)

    -against-

THE BANCORP, INC.,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 08, 2023, Defendant's combined motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
          September 08, 2023

                                                                     **RUBY J. KRAJICK**
                                                                           Clerk of Court

                                              **BY:**

                                                                           **Deputy Clerk**